IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES WAYNE UPTERGROVE;<br>MARTHA GENE FREEMAN UPTERGROVE;<br>HOMEQ SERVICING, INC.;<br>STATE OF CALIFORNIA, EMPLOYMENT<br>DEVELOPMENT DEPARTMENT;<br>COPELAND LUMBER COMPANY;<br>CALIFORNIA FRANCHISE TAX BOARD;<br>GULF INSURANCE COMPANY, INC.;<br>ABC SUPPLY COMPANY, INC.;<br>MEEKS BUILDING CENTER; and STATE OF<br>CALIFORNIA, DEPARTMENT OF<br>INDUSTRIAL RELATIONS;<br><br>    Defendants. | CIVIL NO. 1:06-cv-1630-AWI-LJO<br><br>**DISCLAIMER OF INTEREST AND STIPULATION OF DISMISSAL AS TO DEFENDANT GULF INSURANCE COMPANY, INC.** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff United States of America ("United States") and Defendant Gulf Insurance Co., Inc., ("Gulf Insurance") that:

1. The United States filed this action to reduce to judgment federal tax assessments against Defendants Charles Wayne Uptergrove and Martha Gene Freeman Uptergrove, and to foreclose federal tax liens against certain real property located in Madera County, California. The real property at issue is located at 26662 Road 23, Chowchilla, California, 93613, and is legally described as follows:

> Real property in the unincorporated area of the County of MADERA, State of California, described as follows:
> THE NORTH 3/4 OF THE NORTH 1/4 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 20, TOWNSHIP 9 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.
> APN: 030-120-013.

2. Gulf Insurance was named as a Defendant in this matter solely to fulfill the requirements of 26

1 | U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

3. Gulf Insurance hereby disclaims any interest in the real property described in the Complaint.

4. In light of the foregoing, Gulf Insurance has no interest in the real property that is the subject of this lawsuit, and there is no further reason for Gulf Insurance to participate in this matter.

5. Accordingly, Gulf Insurance should be dismissed from this proceeding without prejudice.

The parties so agree and respectfully request an Order confirming the foregoing.

Dated: December 12, 2006

McGregor W. Scott
United States Attorney

/s/ G. Patrick Jennings[1]
G. Patrick Jennings, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated: December 12, 2006

Hausman & Sosa, LLP

/s/ Carlos E. Sosa[1]
Carlos E. Sosa, Esq.
Attorneys for Defendant
Gulf Insurance Company, Inc.

---

[1] Original signatures retained by attorney Michael G. Pitman.

**ORDER**

Pursuant to the parties' stipulation, Gulf Insurance is dismissed from this proceeding without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   December 13, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE