1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

2

3   UNITED STATES OF AMERICA,                )
                                             )
4              Plaintiff,                     )
                                             )
5        v.                                   )
                                             )
6   CHARLES WAYNE UPTERGROVE;                 )
    MARTHA GENE FREEMAN                       )   CIVIL NO. 1:06-cv-1630-AWI-LJO
7   UPTERGROVE;                               )
    HOMEQ SERVICING, INC.;                    )
8   STATE OF CALIFORNIA, EMPLOYMENT           )   STIPULATION OF LIEN PRIORITY OF
    DEVELOPMENT DEPARTMENT;                   )   HOMEQ SERVICING, INC., and REQUEST
9   COPELAND LUMBER COMPANY;                  )   FOR ORDER
    CALIFORNIA FRANCHISE TAX BOARD;           )
10  GULF INSURANCE COMPANY, INC.;             )
    ABC SUPPLY COMPANY, INC.;                 )
11  MEEKS BUILDING CENTER; and                )
    STATE OF CALIFORNIA,                      )
12  DEPARTMENT OF INDUSTRIAL                   )
    RELATIONS;                                 )
13                                             )
               Defendants.                     )
14  _____     )

15

16      IT IS HEREBY STIPULATED AND AGREED by Plaintiff United States of America

17  ("United States") and Defendant HomEq Servicing, Inc., ("HomEq") that:

18      1.   The United States filed this action to reduce to judgment federal tax assessments

19  against Defendants Charles Wayne Uptergrove and Martha Gene Freeman Uptergrove, and to

20  foreclose federal tax liens against certain real property located in Madera County, California.

21  The real property at issue is located at 26662 Road 23, Chowchilla, California, 93613, and is

22  legally described as follows:

23          Real property in the unincorporated area of the County of MADERA, State of California,
            described as follows:
24          THE NORTH 3/4 OF THE NORTH 1/4 OF THE SOUTHEAST 1/4 OF THE
            NORTHEAST 1/4 OF SECTION 20, TOWNSHIP 9 SOUTH, RANGE 17 EAST,
25          MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT
            THEREOF.
26          APN: 030-120-013.

27      2.   The United States claims that federal tax liens encumber the real property described in

the Complaint.  The earliest federal tax liens arose on March 18, 1996.

8

2117838.1

3.   On January 3, 1996, a deed of trust against the real property described in the Complaint was recorded as instrument number 9600082 in the County Recorder's Office for Madera County, California, by Princeton Escrow Co., for the benefit of TMS Mortgage Inc., d/b/a The Money Store to secure a promissory note in the amount of $146,250.

4.   In 1996, HomEq Servicing Corporation was known as TMS Mortgage, Inc., which did business as The Money Store.

5.   The United States and HomEq agree that the deed of trust has priority over the federal tax liens at issue in the above-captioned action.

6.   HomEq has been named as a defendant under 26 U.S.C. § 7403(b).  The United States claims no monetary relief against HomEq in this action.  In the event that the Court permits the sale of the real property described in the Complaint, the property will be sold free and clear of the deed of trust, with the lien to follow the proceeds of the sale.  The Order of Judicial Sale shall provide that the sale proceeds shall be distributed to HomEq before the United States to the extent of HomEq's secured lien, including principal, interest to the date of distribution, and reasonable attorneys' fees pursuant to 26 U.S.C. § 6323(e), relating to the deed of trust in an amount according to proof at that time.

7.   Unless ordered by the Court, HomEq is excused from answering the Complaint, appearing in Court, or otherwise asserting its claim in this case.  HomEq agrees to be bound by the judgment in this case.

The parties so agree and request an order confirming the foregoing.

2117838.1

1

2
      Dated: January 10, 2007
3

4

5

6

7
      Dated:  January 9, 2007
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

McGregor W. Scott
United States Attorney

/s/ G. Patrick Jennings[1]
G. Patrick Jennings, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Houser & Allison

/s/ Jeffrey S. Allison[1]
Jeffrey S. Allison, Esq.
Attorneys for Defendant
HomEq Servicing, Inc.,

---

[1]    Original signatures retained by attorney Michael G. Pitman.

2117838.1

1

2                                          **ORDER**

3

4      **IT IS SO ORDERED.**

5

6      **Dated:    January 11, 2007                          /s/ Anthony W. Ishii**
       **0m8i78                                     UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

8