IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
                Plaintiff,              )
                                         )
                v.                       )
                                         )
CHARLES WAYNE UPTERGROVE;                )
MARTHA GENE FREEMAN                      )   CIVIL NO. 1:06-cv-1630-AWI-LJO
UPTERGROVE;                              )
HOMEQ SERVICING, INC.;                   )
STATE OF CALIFORNIA, EMPLOYMENT          )   STIPULATION OF LIEN PRIORITY and
DEVELOPMENT DEPARTMENT;                  )   REQUEST FOR ORDER
COPELAND LUMBER COMPANY;                 )
CALIFORNIA FRANCHISE TAX BOARD;          )
GULF INSURANCE COMPANY, INC.;            )
ABC SUPPLY COMPANY, INC.;                )
MEEKS BUILDING CENTER; and               )
STATE OF CALIFORNIA,                     )
DEPARTMENT OF INDUSTRIAL                 )
RELATIONS;                               )
                                         )
                Defendants.            )
                                         )

       IT IS HEREBY STIPULATED AND AGREED by Plaintiff United States of America ("United States") and Defendant Copeland Lumber Company ("Copeland") that:

       1.   The United States filed this action to reduce to judgment federal tax assessments against Defendants Charles Wayne Uptergrove and Martha Gene Freeman Uptergrove, and to foreclose federal tax liens against certain real property located in Madera County, California. The real property at issue is located at 26662 Road 23, Chowchilla, California, 93613, and is legally described as follows:

> Real property in the unincorporated area of the County of MADERA, State of California, described as follows:
> THE NORTH 3/4 OF THE NORTH 1/4 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 20, TOWNSHIP 9 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.
> APN: 030-120-013.

2154155.1

    2.  The United States claims that federal tax liens encumber the real property described in the Complaint.  The earliest federal tax liens arose on March 18, 1996.  The earliest Notice of Federal Tax Lien was recorded on April 9, 1997.

    3.  On October 6, 2000, a judgment lien against the real property described in the Complaint was recorded as instrument number 2000024052 in the County Recorder's Office for Madera County, California, by Copeland.

    5.   The United States and Copeland agree that the federal tax liens have priority over Copeland's judgment lien.

    6.  Copeland has been named as a defendant under 26 U.S.C. § 7403(b).  The United States claims no monetary relief against Copeland in this action.  In the event that the Court permits the sale of the real property described in the Complaint, the Order of Judicial Sale shall provide that the sale proceeds shall be distributed to the United States before Copeland to the extent of the United States' secured liens, including principal, interest to the date of distribution, and reasonable attorneys' fees pursuant to 26 U.S.C. § 6323(e), in an amount according to proof at that time.

    7.  Unless ordered by the Court, Copeland is excused from answering the Complaint, appearing in Court, or otherwise asserting its claim in this case.  Copeland agrees to be bound by the judgment in this case.

    The parties so agree and request an order confirming the foregoing.

Dated: February 12, 2007

McGregor W. Scott
United States Attorney

/s/ G. Patrick Jennings[1]
G. Patrick Jennings, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated: February 7, 2007

Caswell Bell & Hillison LLP

/s/ Randolf Krbechek[1]
Randolf Krbechek, Esq.
Attorneys for Defendant
Copeland Lumber Company

**ORDER**

**IT IS SO ORDERED.**

**Dated:   February 12, 2007**              /s/ Anthony W. Ishii
**0m8i78**                        **UNITED STATES DISTRICT JUDGE**

---

[1]   Original signatures retained by attorney Michael G. Pitman.