IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 1:06-cv-1630-AWI-LJO |
| v. ) | |
| ) | |
| CHARLES WAYNE UPTERGROVE; ) | **DISCLAIMER OF INTEREST AND** |
| MARTHA GENE FREEMAN UPTERGROVE; ) | **STIPULATION OF DISMISSAL AS TO** |
| HOMEQ SERVICING, INC.; ) | **DEFENDANT MEEKS BUILDING CENTER** |
| STATE OF CALIFORNIA, EMPLOYMENT ) | |
| DEVELOPMENT DEPARTMENT; ) | |
| COPELAND LUMBER COMPANY; ) | |
| CALIFORNIA FRANCHISE TAX BOARD; ) | |
| GULF INSURANCE COMPANY, INC.; ) | |
| ABC SUPPLY COMPANY, INC.; ) | |
| MEEKS BUILDING CENTER; and STATE OF ) | |
| CALIFORNIA, DEPARTMENT OF ) | |
| INDUSTRIAL RELATIONS; ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff United States of America ("United States") and Defendant Meeks Building Center, that:

1.  The United States filed this action to reduce to judgment federal tax assessments against Defendants Charles Wayne Uptergrove and Martha Gene Freeman Uptergrove, and to foreclose federal tax liens against certain real property located in Madera County, California. The real property at issue is located at 26662 Road 23, Chowchilla, California, 93613, and is legally described as follows:

> Real property in the unincorporated area of the County of MADERA, State of California, described as follows:
> THE NORTH 3/4 OF THE NORTH 1/4 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 20, TOWNSHIP 9 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.
> APN: 030-120-013.

2.  Defendant Meeks Building Center was named as a Defendant in this matter solely to fulfill the requirements of 26 U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

3.  Defendant Meeks Building Center hereby disclaims any interest in the real property described in the Complaint.

1  4.   In light of the foregoing, Defendant Meeks Building Center has no interest in the real property that is the subject of this lawsuit, and there is no further reason for Defendant Meeks Building Center to participate in this matter.

5.   Accordingly, Defendant Meeks Building Center should be dismissed from this proceeding without prejudice.

The parties so agree and respectfully request an Order confirming the foregoing.

Dated: February 13, 2007

McGregor W. Scott
United States Attorney

/s/ G. Patrick Jennings[1]
G. Patrick Jennings, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice

Dated: February 6, 2007

Jeffrey K. Rahbeck, Esq.

/s/ Jeffrey K. Rahbeck[1]
Jeffrey K. Rahbeck, Esq.
Attorney for Defendant
Meeks Building Center

---

[1] Original signatures retained by attorney Michael G. Pitman.

**ORDER**

Pursuant to the parties' stipulation, Defendant Meeks Building Center is dismissed from this proceeding without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:**   **February 15, 2007**             /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE