# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES WAYNE UPTERGROVE, ) <br> ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | 1: 06 - CV - 1630 - AWI - GSA <br><br> ORDER VACATING DECEMBER 3, 2007 HEARING AND TAKING MATTER UNDER SUBMISSION |

Defendants have filed a motion to dismiss the complaint for lack of legislative jurisdiction. This motion was set to be heard before the undersigned on December 3, 2007. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2007, is VACATED, and the parties shall not appear at that time. As of December 3, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 27, 2007                     /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE