IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES WAYNE UPTERGROVE, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | CASE NO. 1:06-CV-1630-AWI-GSA<br><br>**ORDER RE: LETTER FROM DEFENDANT CHARLES WAYNE UPTERGROVE**<br><br>(Doc. 76) |

On December 27, 2007, Defendant Charles Wayne Uptergrove submitted a letter to Magistrate Judge Gary S. Austin and District Court Judge Anthony Ishii. Attached to the letter is a document entitled Declaration in Support of Letter and Notice of Dismissal. Defendant appears to argue that the Court no longer has jurisdiction over this matter because Defendant Charles Uptergrove served the Court and parties a non prosequitur and notice of default. Defendant also requests that the court inform him of what motions and pleadings the Defendants may ignore. See, pg. 4, fn 2.

　Defendant's filing does not appear to request any relief. Inasmuch as Defendant is seeking dismissal of this action, Defendant's request is hereby DENIED as it has no basis in law. Moreover, Defendant has previously filed a Motion to Dismiss based on a lack of jurisdiction which was denied. (Doc. 65, 67 & 72). Defendant is informed that ignoring any motions and pleadings, as well as failure to comply with Court Orders may result in the imposition of additional sanctions.

IT IS SO ORDERED.

**Dated:　January 8, 2008**　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1