# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>CHARLES WAYNE UPTERGROVE,<br>ET AL.,<br>        Defendants. | 1: 06 - CV - 1630 - AWI - GSA<br><br>ORDER STRIKING LETTERS<br><br>(Documents #84 and #85) |

In this action, Plaintiff the United States of America seeks to reduce federal tax assessments to judgments and to foreclose on property.

On January 15, 2008, Plaintiff Charles Wayne Uptergrove filed a letter addressed to Plaintiff's counsel, G. Patrick Jennings. On January 16, 2008, Plaintiff Charles Wayne Uptergrove filed a letter addressed to Magistrate Judge Gary S. Austin and the undersigned. Both letters appear to state that this action has been dismissed. In addition, the letters appear to demand costs and other damages from Judge Austin, the undersigned, and possibly others.

The letters dated January 15, 2008 and January 16, 2008 are improper filings pursuant to the Federal Rules of Civil Procedure. This court has already addressed Plaintiffs' motion to dismiss this action, and the court denied Plaintiffs' motion.

Accordingly, the letters dated January 15, 2008 and January 16, 2008 are HEREBY STRUCK from the record.

IT IS SO ORDERED.

Dated:  January 24, 2008           /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE