McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile: (202) 307-0054
Guy.P.Jennings@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Charles Wayne Uptergrove, *et al.*,<br><br>Defendants. | Civil No. 1:06-cv-1630-AWI-GSA<br><br>UNITED STATES' NOTICE OF MOTION AND MOTION FOR SANCTIONS<br><br>DATE: FEBRUARY 22, 2008<br>TIME: 9:30 |

Please take notice that Plaintiff the United States of America ("United States"), by and through its undersigned counsel, will bring the above-captioned Motion on for hearing before the Honorable United States Magistrate Judge Austin at the United States Courthouse at 2500 Tulare Street, Fresno, California on February 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

The United States of America, pursuant to Fed. R. Civ. P. 37, hereby moves the Court for an order sanctioning Defendants Charles W. Uptergrove and Martha G. F. Uptergrove ("Mr. and Mrs. Uptergrove ") for failing to appear

at their duly noted depositions in direct contravention of the Court's December 18, 2007 Order. The grounds for the United States' Motion are set forth in the Memorandum in support, filed herewith.

Respectfully submitted this 1st day of February, 2008.

          McGREGOR W. SCOTT
          United States Attorney

          /s/ G. Patrick Jennings
          G. PATRICK JENNINGS
          MICHAEL G. PITMAN
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 307-6648