McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile: (202) 307-0054
Guy.P.Jennings@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Charles Wayne Uptergrove, *et al.*,<br><br>Defendants. | Civil No. 1:06-cv-1630-AWI-GSA<br><br>MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION FOR SANCTIONS |

Plaintiff the United States of America ("United States"), pursuant to Fed. R. Civ. P. 37, hereby moves the Court for an order sanctioning Defendants Charles W. Uptergrove and Martha G. F. Uptergrove ("Mr. and Mrs. Uptergrove") for failing to appear at their duly noted depositions in direct contravention of the Court's December 18, 2007 Order.

1.   On August 20, 2007, the United States served Notices of Depositions regarding the depositions of Mr. and Mrs. Uptergrove upon the remaining defendants in this case, including Mr. and Mrs. Uptergrove, via

Federal Express and U.S. Mail. The notices scheduled Mr. and Mrs. Uptergrove's depositions for September 11, 2007 and September 12, 2007, respectively, and both depositions were scheduled to occur at the Office of the United States Attorney in Fresno, California. *See* Declaration of G. Patrick Jennings in Support of the United States' Motion for Sanctions ("Jennings Declaration"), at ¶ 1.

2. On August 24, 2007, counsel for the United States received an express mail package from Mr. and Mrs. Uptergrove which contained copies of the notices, and the associated Certificate of Service, stamped with the words "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 08-21-07." *See* Jennings Declaration at ¶ 2.

3. In response, counsel for the United States sent a letter dated August 24, 2007 to Mr. and Mrs. Uptergrove via Federal Express and email, stating, in part:

> Today, this office received from you copies of the United States' Notice of Deposition of Charles W. Uptergrove and the United States' Notice of Deposition of Martha Gene Freeman Uptergrove, both of which bear a stamp reading "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 08-21-07." Because I am not familiar with the procedure you are attempting to employ by stamping the United States' Deposition Notices and returning them, I am unsure of the intended effect of this process. However, I am concerned that you may be indicating that you do not intend to appear for the depositions as noticed. If that is the case, I would like to respectfully suggest that – as a party to the above referenced lawsuit – you are obligated by Federal Rule of Civil Procedure 30 to appear for duly noted depositions, and to inform you that – should you fail to appear for the depositions as noticed – the United States will have little option other than seeking recourse from the Court pursuant to Federal Rule of Civil Procedure 37.

*See* Jennings Declaration at ¶ 3.

4. Shortly thereafter, counsel for the United States received an express mail package from Mr. and Mrs. Uptergrove which contained a copy of the August 24, 2007 letter, as well as copies of the notices and the associated Certificate of Service, all of which were stamped with the words "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 08-27-07." *See* Jennings Declaration at ¶ 4.

5. On September 11, 2007, counsel for the United States appeared at the designated time and place for the purpose of taking the deposition of Defendant Charles W. Uptergrove. Defendant Charles W. Uptergrove did not appear for his deposition. After waiting for one hour, counsel for the United States closed Defendant Charles W. Uptergrove's deposition. *See* Jennings Declaration at ¶ 5.

6. On September 12, 2007, counsel for the United States appeared at the designated time and place for the purpose of taking the deposition of Defendant Martha G. F. Uptergrove. Defendant Martha G. F. Uptergrove did not appear for her deposition. After waiting for one hour, counsel for the United States closed Defendant Martha G. F. Uptergrove's deposition. *See* Jennings Declaration at ¶ 6.

7. On October 10, 2007, the United States filed motions seeking sanctions against Mr. and Mrs. Uptergrove for their failure to attend their depositions, and the failure to respond to the United States' written discovery requests. *See* Docs. # 56 & 57.

8. On December 18, 2007, the Court issued an Order, *inter alia*, granting the United States' motions for discovery sanctions, and ordering Mr. and Mrs. Uptergrove to appear for the taking of their depositions on January 10, 2008. *See* Doc. # 75.

9. On December 17, 2007, the United States served Notices of Depositions regarding the depositions of Mr. and Mrs. Uptergrove (the "Notices") upon the remaining defendants in this case, including Mr. and Mrs. Uptergrove, via Federal Express and U.S. Mail. Pursuant to the Court's December 18, 2007 Order, the Notices scheduled Mr. and Mrs. Uptergrove's depositions for January 10, 2008 at the Office of the United States Attorney in Fresno, California. *See* Jennings Declaration at ¶ 9, and Exhibits 1-3 thereto.

10. Shortly thereafter, counsel for the United States received a package from Mr. and Mrs. Uptergrove which contained two copies of the Court's December 18, 2007 Order, both of which were stamped with the words "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 12-24-07." *See* Jennings Declaration at ¶ 10, and Exhibit 4 thereto.

11. In response, counsel for the United States sent a letter dated January 7, 2008 to Mr. and Mrs. Uptergrove via Federal Express and email, stating, in part:

> This office recently received from you two copies of the Court's Order on Plaintiff's Motion for Discovery Sanctions, dated December 18, 2007, both of which bear a stamp reading "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 12-24-07." I am writing this letter because I am concerned that this correspondence is an indication that you do not intend

to appear for your depositions as required by the Order as well as the United States' Notice of Deposition of Charles W. Uptergrove and the United States' Notice of Deposition of Martha Gene Freeman Uptergrove, both of which were served on December 17, 2007 (I have attached copies of the Order and Notices for your reference). If that is the case, I would like to respectfully urge you to reconsider. In the Order the Court explicitly ordered you "to appear for the taking of [your] depositions on January 10, 2008, at 10:00 at a location designated by Plaintiff's counsel." See page 7 of the Order. The Notices designate the United States Attorney's Office, located at 2500 Tulare Street, Suite 4401, Fresno, California, as the location for your depositions. Accordingly, it is my opinion that you will be in direct violation of the Order unless you appear for your depositions at the United States Attorney's Office in Fresno at 10:00 a.m. on January 10th. If you choose not to appear for your depositions, I will have no option other than informing the Court that you have failed to comply with the Order and reluctantly requesting the imposition of additional sanctions. As you consider this possibility, please keep in mind the following language, which can be found on page 7 of the Order:

**Defendants are advised that failure to comply with this order may result in the imposition of additional sanctions, including but not limited to contempt, striking their answer and an entry of default judgment.**

*See* Jennings Declaration at ¶ 11, and Exhibit 5 thereto.

12. Shortly thereafter, counsel for the United States received a package from Mr. and Mrs. Uptergrove which contained a copy of the January 7, 2008 letter, each page of which was stamped with the words "Refusal for Cause Without Dishonor UCC 3-501/3-505 Date: 1-9-08. VOID." *See* Jennings Declaration at ¶ 12, and Exhibit 6 thereto.

13. On January 10, 2008, counsel for the United States appeared at the designated time and place for the purpose of taking the deposition of Mr. and Mrs. Uptergrove. Mr. and Mrs. Uptergrove did not appear for their January 10, 2008 depositions. *See* Jennings Declaration at ¶ 13, and Exhibits 7 and 8 thereto.

14. Under Fed. R. Civ. P. 37, when a party fails to appear in response to a proper deposition notice, the Court may issue an order compelling the deponent to appear for a deposition under Rule 37(a)(2)(B), and may impose any of the sanctions listed in Rule 37(b)(2)(A)-(C).  Moreover, in lieu of any such order or in addition thereto, the Court "shall require the party failing to act or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(d).

15. On December 18, 2007, the Court issued an Order requiring Mr. and Mrs. Uptergrove to appear for duly noted deposition on January 10, 2008, and informing them that, should they fail to do so could "result in the imposition of additional sanctions, including but not limited to contempt, striking their answer and an entry of default judgment." *See* Doc. # 75 at 7.

16. Mr. and Mrs. Uptergrove have failed to appear for duly noted depositions – in direct contravention of the Court's December 18, 2007 Order – without any justification, whatsoever.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court:

    (a)    Order Defendants Charles W. Uptergrove and Martha G. F. Uptergrove to reimburse the United States for its reasonable expenses incurred in appearing for the properly noted depositions

1 |           on September 11, 2007, September 12, 2007, and January 10, 2008;

2 |           and

3 |   (b)    Strike Defendants Charles W. Uptergrove and Martha G. F.

4 |           Uptergrove's answer and enter default judgment against them and

5 |           in favor of the United States.

7 | Respectfully submitted this 1st day of February, 2008.

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          <u>/s/ G. Patrick Jennings</u>
                                          G. PATRICK JENNINGS
                                          MICHAEL G. PITMAN
                                          Trial Attorneys, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 683
                                          Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 307-6648