1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CV-1630-AWI-GSA |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF MONETARY SANCTIONS** |
| | (Doc. 77) |
| vs. | |
| CHARLES WAYNE UPTERGROVE, *et al.*, | |
| Defendants. / | |

On December 18, 2007, the Court issued an order granting Plaintiff's motion for reasonable attorney fees and costs associated with bringing Plaintiff's Motion to Compel, as well as for reasonable expenses incurred in appearing for Defendants' depositions. (Doc. 75).[1] On January 2, 2008, Plaintiff submitted a declaration indicating that the United States incurred $1,597.81 in expenses related to the taking of the depositions in which Defendants failed to appear. (Doc. 77).

///

///

---

[1] On December 27, 2007, Defendant Charles Wayne Uptergrove filed a letter wherein he asserted that he refused the Court's order granting Plaintiff's motion for reasonable attorney fees. Attached to the letter was a Declaration in Support of Letter and Notice of Dismissal. (Doc. 76). On January 10, 2007, an order was issued indicating that to the extent that the letter was a request for dismissal, that request was denied. (Doc. 79). Defendant Charles Uptergrove filed two additional letters on January 15, 2008 (Doc. 84) and January 16, 2008 (Doc. 85) respectively. The court ordered that the two letters be stricken from the record. (Docs. 85 and 86).

///

Having considered the record, Plaintiff's motion for expenses is reasonable and is hereby GRANTED.  Defendants are ORDERED to pay the United States Department of Justice the sum of $ 1,597.81 within 30 DAYS of the date of this Order.  Defendant is advised that failure to comply with the order may result in additional sanctions including but no limited to contempt or default judgment.

IT IS SO ORDERED.

Dated:   **January 31, 2008**           /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE