IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CV-1630-AWI-GSA |
| Plaintiff, | **ORDER STRIKING FILINGS** |
| vs. | (Docs. 90 and 91) |
| CHARLES WAYNE UPTERGROVE, *et al.*, | |
| Defendants. | |

In this action, Plaintiff the United States of America seeks to reduce federal tax assessments to judgments to foreclose on property. On February 7, 2008, Defendant Charles Wayne Uptergrove filed a document entitled, "Refusal of Order, Refusal or Judgment, Special Appearance, Notice of Lack of Venue and Subject Matter Jurisdiction." (Doc. 90). In this filing, Plaintiff refuses to acknowledge this Court's previous order which awarded monetary sanctions against Defendants. (Doc. 88). On February 12, 2008, Defendant Charles Uptergrove also filed a letter addressed to Plaintiff's counsel. (Doc. 91). The basis for Defendant Charles Uptergrove's filings are that this Court is without jurisdiction. Defendant has previously filed a Motion to Dismiss based on a lack of jurisdiction which was denied. (Doc. 65, 67 & 72).

Both of these filings dated February 7, 2008, and February 12, 2008 respectively, are improper filings pursuant to the Federal Rules of Civil Procedure. Defendants are informed that ignoring Court orders and failing to respond to Plaintiff's motions may result in the imposition of additional sanctions

1

1 | including but not limited to contempt, striking their answer and an entry of default judgment.
2 |     Accordingly, IT IS ORDERED that the filings dated February 7 2008, and February 12, 2008,
3 | are HEREBY STRICKEN from the record.
4 |     IT IS SO ORDERED.
5 | **Dated:** **February 19, 2008**        /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE