# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 1: 06 - CV - 1630 - AWI - GSA |
| ) | |
| **Plaintiff,** ) | **ORDER SEALING TAX** |
| **v.** ) | **DOCUMENTS RECEIVED BY** |
| ) | **THE COURT ON MARCH 10, 2008** |
| **CHARLES WAYNE UPTERGROVE,** ) | **AND REQUESTING THE CLERK** |
| **ET AL.,** ) | **OF THE COURT FILE THESE** |
| **Defendants.** ) | **TAX DOCUMENTS UNDER SEAL** |
| ) | |

In this action, Plaintiff, the United States of America, seeks to reduce federal tax assessments to judgments and foreclose on property.

Defendant Charles Wayne Uptergrove has filed numerous documents in this action, many of which are not filings allowed for by the Local Rules of Federal Rules of Civil Procedure.    On March 10, 2008, the Clerk of the Court lodged a document entitled: "NOTARY'S CERTIFICATE OF SERVICE."    The purpose of this filing is unclear.   The documents appear to be tax documents prepared by Defendant.   These tax documents do not ask this court to take any action on this case, and as such, the court will take no further action on these documents.

In an effort to protect Defendant Charles Wayne Uptergrove's privacy, the court will file these documents under seal.   The documents appear to be tax documents and contain identification information that should not be accessible to the public.

Accordingly, the Clerk of the Court is DIRECTED to file the tax documents lodged on March 10, 2998 under seal.

IT IS SO ORDERED.

**Dated:    March 18, 2008**                         /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE