McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Charles Wayne Uptergrove, *et al.*,<br><br>    Defendants. | Civil No.  1:06-cv-1630-AWI-GSA<br><br>UNITED STATES' NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS CHARLES W. UPTERGROVE AND MARTHA G. F. UPTERGROVE<br><br>DATE:      MAY 16, 2008<br>TIME:        9:30 |

Please take notice that Plaintiff the United States of America ("United States"), by and through its undersigned counsel, will bring the above-captioned Motion on for hearing before the Honorable United States Magistrate Judge Austin at the United States Courthouse at 2500 Tulare Street, Fresno, California on May 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

The United States of America, pursuant to Fed. R. Civ. P. 55(b), hereby

moves the Court to enter default judgment against Defendants Charles W.

Uptergrove and Martha G. F. Uptergrove.  The grounds for the United States'

Motion are set forth in the Memorandum in support, filed herewith.


Respectfully submitted this 9th day of April, 2008.

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Michael G. Pitman
                                    G. PATRICK JENNINGS
                                    MICHAEL G. PITMAN
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 683
                                    Ben Franklin Station
                                    Washington, D.C. 20044
                                    Telephone:  (202) 307-6648