# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES WAYNE UPTERGROVE,<br>ET AL.,<br><br>　　　　　Defendants. | 1: 06 - CV - 1630 - AWI - GSA<br><br>ORDER VACATING APRIL 28, 2008 HEARING AND TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION |

Defendants have filed a motion for this court to reconsider Magistrate Judge Gary S. Austin's March 10, 2008 order, which struck Defendants' answer. This motion was set to be heard before the undersigned on April 28, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2008, is VACATED, and the parties shall not appear at that time. As of April 28, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 23, 2008　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE