# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 06 - CV - 1630 - AWI - GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING JUNE 18, 2008 |
| v. | ) | PRETRIAL CONFERENCE AND |
| | ) | VACATING AUGUST 5, 2008 TRIAL |
| CHARLES WAYNE UPTERGROVE, | ) | DATE |
| ET AL., | ) | |
| Defendants. | ) | |

This action is currently set for a default judgment motion to be heard on June 20, 2008. A review of the court's calendar reveals that this action is set for a pretrial conference on June 18, 2008 and set for a trial on August 5, 2008.   In order for the court to fully consider the motion for default judgment, the court will vacate the June 20, 2008 pretrial conference and August 5, 2008 trial pending a resolution on the motion for default judgment.   After the default judgment motion is resolved, the court will issue an order regarding further scheduling of the case.

IT IS SO ORDERED.

**Dated:    June 13, 2008**                          /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE