IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CV-1630-AWI-GSA |
| Plaintiff, | **ORDER OF DISMISSAL OF DEFENDANT STATE OF CALIFORNIA** |
| vs. | (Doc. 34) |
| CHARLES WAYNE UPTERGROVE, *et al.*, | |
| Defendants. | |

Pursuant to the parties' stipulation filed on February 27, 2007, Defendant State of California, Department of Industrial Relations is dismissed from this proceeding without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   June 18, 2008**            /s/ Anthony W. Ishii
                                      UNITED STATES CHIEF DISTRICT JUDGE

1