IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>             Plaintiff,           )<br>                                              )<br>     v.                                  )<br>                                              )<br>CHARLES WAYNE UPTERGROVE,  )<br>et al.,                                  )<br>                                              )<br>             Defendants        )<br>_____) | NO. 1: 06-CV-1630  AWI GSA<br><br>ORDER STAYING CASE AND ENFORCEMENT OF THE ORDER TO VACATE |

   This is an action to enforce tax liens.  On November 18, 2009, this Court issued an amended order granting the United States's motion for Defendants to vacate property.  See Court's Docket Doc. No. 161.  Defendants are to vacate the property on or by noon of December 1, 2009.  See id. at Doc. No. 162.

   On November 24, 2009, the United States filed a notice of bankruptcy.  See id. at Doc. No. 163.  The United States indicates that Charles W. Uptergrove filed for bankruptcy on November 23, 2009.  See id.  "The United States suggests that actions to advance this case are barred by the automatic stay – 11 U.S.C. § 362(a) – until further order of the Bankruptcy Court." Id.  In light of the United States's motion, the Court will stay all proceedings in this case, including enforcement of amended order to vacate.  See 11 U.S.C. § 362(a); Court's Docket Doc. No. 163.

Accordingly, IT IS HEREBY ORDERED that all proceedings in this case, including any execution of the amended order to vacate, are hereby STAYED pursuant to 11 U.S.C. § 362(a).

IT IS SO ORDERED.

**Dated:**   November 29, 2009            /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

2