IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                     Plaintiff,         )<br>                                                      )<br>          v.                                      )<br>                                                      )<br>CHARLES WAYNE UPTERGROVE, )<br>et al.,                                         )<br>                                                      )<br>                     Defendants.   )<br>_____) | NO. 1: 06-CV-01630-AWI-GSA<br><br>ORDER STAYING ACTION PURSUANT TO 11 U.S.C. 362(c) FOR THIRTY DAYS |

      In this action, Plaintiff United States of America obtained a judgment and order that reduced federal tax assessments to judgment.  This judgment allows the United States to foreclosure on its liens upon real property commonly known as 26662 Road 23, Chowchilla, California, 93613 (the "subject property").  On August 31, 2010, the court ordered Defendants, and all other parties acting in concert with, or on their behalf, or residing thereon, to vacate and depart from the subject property at, on or before 12:00 o'clock noon on September 27, 2010.  The court further ordered that should Defendants, any person acting on their behalf, or in concert with them, or residing thereon, either fail to vacate and depart from the subject property by 12:00 o'clock noon on September 27, 2010, or attempt to enter the subject property after that date and time, the person would be subject to being found in contempt, which may subject that person to a fine, incarceration, or both.

      On September 23, 2010, Defendant Charles Wayne Uptergrove filed a Chapter 7

Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of California.

Pursuant to 11 U.S.C. § 362 (a) this court has no choice but to temporarily stay this action, including the August 31, 2010 order.   Pursuant to 11 U.S.C. § 362 (c)(3)(A), this action, including the August 31, 2010 order, is HEREBY STAYED for thirty days.   After thirty days or an order from the Bankruptcy Court Judge concerning this stay, the stay will automatically lift and the August 31, 2010 order will take full effect.

IT IS SO ORDERED.

Dated:     September 24, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2