# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CV-1630 AWI GSA |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF AUGUST 22, 2011 |
| v. ) | AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| CHARLES WAYNE UPTERGROVE, ) et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff has noticed for hearing and decision a motion to confirm the judicial sale and to substitute a party. The matter was scheduled for a hearing to be held on August 22, 2011. Pursuant to Local Rule 230(c), Defendants, or any other interested party, were required to file either an opposition or a notice of non-opposition no later than August 8, 2011. No opposition has been filed. As such, only Plaintiff is entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 22, 2011, is VACATED, and no party shall appear at that time. As of August 22, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 18, 2011                                              _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE