BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile:  (202) 307-0054
Guy.P.Jennings@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES WAYNE UPTERGROVE; *et al.*,<br><br>Defendants. | CIVIL NO. 1:06-CV-1630-AWI-WMW<br><br>**ORDER TO SUBSTITUTE PARTY**<br><br>Date:   August 22, 2011<br>Time:   1:30 p.m.<br>Place:  Courtroom 2<br>Judge:  Hon. Anthony W. Ishii |

The United States sold the property at issue (the "Uptergrove Ranch") in this tax foreclosure case and deposited the sale proceeds to the Court. The United States named as a defendant HomEq Servicing, Inc., ("HomEq"), which held the first trust deed on the Uptergrove Ranch. On January 12, 2007, the Court entered an Order (Doc. No. 19) confirming the priority of the HomEq lien over the federal tax liens. Counsel for the United States reports that HomEq no longer claims an interest in the Uptergrove Ranch because the loan was sold. HomEq has not substituted its successor-in-interest in this case.

In accordance with the foregoing, the United States' briefs, and for good cause shown, the Court ORDERS:

HomEq Servicing, Inc., shall file a motion to substitute its successor-in-interest to its claim to the sale proceeds of the Uptergrove Ranch within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   August 22, 2011                          _____
                                                                     CHIEF UNITED STATES DISTRICT JUDGE