ERIC D. HOUSER #130079
JEFFREY S. ALLISON, #173620
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA  92618
(949) 679-1111
(949) 679-1112 fax

Attorneys for limited purpose for Defendant, BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING, erroneously named herein as HOMEQ SERVICING, INC.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CHARLES WAYNE UPTERGROVE, ET AL. | ) CASE NO: 1:06-CV-1630-AWI-WMW<br>)<br>) HON. ANTHONY W. ISHII<br>)<br>) **ORDER GRANTING MOTION AND**<br>) **SUBSTITUTION OF PARTY**<br>) |

　　　　　The Motion of Defendant BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING, erroneously named herein as HOMEQ SERVICING, INC. ("HomEq") to Substitute Party Pursuant to Order of August 23, 2011, filed and served on September 21, 2011 with oral argument waived, came on regularly for hearing on November 28, 2011, appearances as noted on the record.  There was no opposition to the Motion.  Defendant CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT filed a Statement of Non-Opposition on September 22, 2011.  Plaintiff filed a Statement of Non-Opposition on November 10, 2011.  No

other parties filed any response.

The Court having considered the Motion, Statements, matters of which judicial notice was requested and/or appropriate, its own files, and with good cause appearing,

**IT IS HEREBY ORDERED** that HomEq's Motion is GRANTED.  WELLS FARGO HOME MORTGAGE CORP. c/o Quality Loan Service Corp. is substituted for Defendant HomEq in this action.  HomEq is discharged from any further obligation, participation or involvement in this action.

IT IS SO ORDERED.

Dated:   November 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE