FILED

AUG 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL NO. 1:06-CV-1630-AWI-GSA |
| Plaintiff, ) | |
| v. ) | **ORDER OF DISTRIBUTION** |
| CHARLES WAYNE UPTERGROVE; *et al.*, ) | |
| Defendants. ) | |

Property at 26662 Road 23, Chowchilla, California, was sold to enforce the federal tax judgment entered in this case against Charles W. Uptergrove and Martha G. Uptergrove. The sale was confirmed by Order dated August 23, 2011 (Doc. No. 189). The proceeds of the sale were deposited to the Court. The parties have now established the amount and priority of their respective liens and have submitted a stipulation to that effect. The costs of sale were paid according to the Order dated August 23, 2011 (Doc. No. 189, p. 3), but funds on deposit remain for distribution. For good cause shown,

**IT IS ORDERED THAT** the Clerk shall make a complete distribution of the funds on deposit in this case as follows:

First, by check made payable to "Wells Fargo Bank," in the amount of $140,000 and mailed to:

Seth Harris, Esq.,
McCarthy & Holthus LLP,
1770 Fourth Ave., San Diego, CA 92101;

-1-

Second, after the distribution to Wells Fargo Bank, one-half of all remaining funds on deposit, including one-half of any interest accrued, by check made payable to the "California EDD" and mailed to:

> Amy J. Winn, Esq., Deputy Attorney General
> Office of the Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA  94244-2550

Third, after the first and second distribution set forth above, all remaining funds on deposit in this case, including any remaining interest accrued, by check made payable to the "United States Treasury" and mailed to:

> U.S. Department of Justice,
> Tax Division,
> P.O. Box 310,
> Ben Franklin Station,
> Washington D.C. 20044

**IT IS SO ORDERED.**

Dated: August 2, 2012

ANTHONY W. ISHII
Chief District Court Judge

Respectfully submitted by,

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

—2—